NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
GIORDANO BROS., LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GIORDANO BROS., LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> VPC PIZZA IP, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 3:15-cv-01942-EDL <br><br> **PLAINTIFF GIORDANO BROS., LLC'S REQUEST FOR STAY** |

PLEASE TAKE NOTICE that the parties to this action have reached a settlement in principal and are in the process of reducing that settlement to writing. The parties believe they will have a settlement agreement signed, and a stipulation to dismiss this action filed, within thirty (30) days. Plaintiff therefore respectfully request that the Court vacate all upcoming hearings and appearances, including the Case Management Conference currently set for July 21, 2015, pending

/ / /

/ / /

- 1 -
PLAINTIFF GIORDANO BROS., LLC'S REQUEST FOR STAY

the parties' execution of the settlement agreement and filing of the stipulation for dismissal of this action.

Respectfully submitted.

DATED: July 17, 2015                COBALT LLP


                                    By:   /s/  Nate A. Garhart
                                              Nate A. Garhart

                                    Attorneys for Plaintiff
                                    GIORDANO BROS., LLC


## ORDER

~~Plaintiff's request for stay is granted.~~ The Case Management Conference is continued to August 25, 2015 at 10:00 a.m.  The Case Management Statement is due August 18, 2015.

Dated: July 17, 2015                _____
                                    Hon. Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE